NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMUEL AKCIME,**

*Appellant*

**v.**

**THE COCA-COLA COMPANY,**

*Appellee*

---

2023-1350

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91211081.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

2                                    AKCIME V. COCA-COLA COMPANY


   ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.



                                    FOR THE COURT

January 31, 2023
        Date                        /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** January 31, 2023